```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                                  :
BOARD OF TRUSTEES OF THE UNITED                                   :
FURNITURE PENSION FUND,                                           :
                                                                  :     21-CV-9172 (VEC)
                                        Plaintiff,                :
                                                                  :     ORDER
           -against-                                              :
                                                                  :
                                                                  :
PREMIER RESTORATION TECHNOLOGIES,                                 :
                                                                  :
                                        Defendant.                :
                                                                  :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 12, 2021, Judge Nathan referred this matter to Magistrate Judge Gorenstein for general pretrial management, Dkt. 3;

WHEREAS on March 18, 2022, Plaintiff moved for a default judgment to be entered against Defendant, Dkt. 12;

WHEREAS on March 22, 2022, Judge Nathan referred the motion for a default judgment to Magistrate Judge Gorenstein for the preparation of a report and recommendation, Dkt. 15; and

WHEREAS on April 10, 2022, this case was reassigned to the Undersigned.

IT IS HEREBY ORDERED that all existing deadlines and the referrals to Magistrate Judge Gorenstein remain in place. *See* Dkts. 3, 15. The Court reminds Plaintiff of its April 22, 2022 deadline, as set by Judge Gorenstein. *See* Order, Dkt. 16.

IT IS FURTHER ORDERED that Plaintiff must include a copy of this Order in the package of materials it must serve on Defendant by April 22, 2022. *See* Dkt. 16.

**SO ORDERED.**

Date: April 11, 2022
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**