## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
BOARD OF TRUSTEES OF THE UNITED
FURNITURE PENSION FUND A,

                  Plaintiff,                                           21 **CIVIL** 9172

          -against-                                  **DEFAULT JUDGMENT**

PREMIER RESTORATION TECHNOLOGIES,

                 Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 11, 2022, the R&R is adopted in full and Plaintiff's motion for default judgment is GRANTED. Judgment is entered against the Defendant in the amount of $1,387,104.00, plus interest accruing at a rate of $380.03 per day from March 1, 2021, until the date judgment is entered, in the amount of $201,415.90. Because the R&R gave the parties adequate warning, see Dkt. 23 at 8, the failure to object to the R&R precludes appellate review of this decision. See Mario v. P & C Food Mkts., Inc., 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision.").

**Dated:** New York, New York

      August 12, 2022

                                                                   **RUBY J. KRAJICK**
                                                                     Clerk of Court
                                       **BY:**      *K. Mango*
                                                                        **Deputy Clerk**